# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| RANDI SPEARS | § § | |
| v. | § § | Civil No. 1:25-cv-01227-RP |
| AUSTIN COMMUNITY COLLEGE | § § | |

## O R D E R

The above captioned cause, having been removed to this Court on August 6, 2025 from the 353rd Judicial District Court of Travis County, Texas, D-1-GN-25-004877 and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary.

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings. The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this the 7th day of August 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE