**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **RANDI SPEARS,** | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **CIVIL ACTION NO. 1:25-CV-01227-RP** |
| | § | |
| **AUSTIN COMMUNITY COLLEGE,** | § | |
| *Defendant.* | § | |

**ATTORNEY NOTICE OF APPEARANCE**

NOW COMES attorney Vanessa Gonzalez and enters her appearance as additional counsel on behalf of Defendant Austin Community College, in the defense of the above-captioned action. Please add Ms. Gonzalez to the Docket Sheet and note her formal appearance on behalf of these Defendant.

Respectfully submitted,

BICKERSTAFF HEATH
DELGADO ACOSTA, LLP
Two Barton Skyway
1601 S. MoPac Expy., Suite C400
Austin, Texas 78746
Telephone:  (512) 472-8021
Facsimile:  (512) 320-5638

By:     */s/ Vanessa A. Gonzalez*
VANESSA A. GONZALEZ
State Bar No. 00793832
vgonzalez@bickerstaff.com
GUNNAR P. SEAQUIST
State Bar No. 24043358
gseaquist@bickerstaff.com
JOSHUA D. KATZ
State Bar No. 24044985
jkatz@bickerstaff.com

SARA LABASHOSKY
State Bar No. 24129467
slabashosky@bickerstaff.com

***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of this document was served on counsel of record for Plaintiff, Randi Spears, via the Court's electronic filing system and/or email on this 15th day of October, 2025 as follows:

Matt Bachop
Deats, Durst, & Owen, P.L.L.C.
TBN:24055127
8140 N. Mopac Expwy., Ste. 4-250
Austin, Texas 78759
***Mbachop@ddollaw.com***

_____
Vanessa A. Gonzalez